SUZANNE M. MORRIS, State Bar No. 239324
Morris & Giacinti LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: 415/513-5605
Facsimile: 415/683-3176

Attorney for Defendant DONALD MILLS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR12-00664 |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| | ) | **[PROPOSED] ORDER** |
| v. | ) | **RESETTING BOND HEARING** |
| | ) | |
| DONALD MILLS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Donald Mills was released from custody on May 1, 2012, on a number of conditions of release, including that he participate in a 90-day residential drug treatment program. Upon successful completion of the program, Mr. Mills was released to the custody of his mother, Deborah Mills, subject to a 9:00 p.m. to 6:00 a.m. curfew, enforced by electronic monitoring.

On December 5, 2012, this court modified the terms of Mr. Mills release to place him on lockdown, permitting him to leave only for legal or medical reasons, for school or work, or to take his mother to the doctor with the permission of pretrial services. At the defense request, the Court scheduled a further hearing on January 30, 2013.

//

STIPULATION AND [PROPOSED] ORDER TO RESET JANUARY 30, 2013 HEARING
No. CR 12-00664-YGR

The parties have conferred and are jointly requesting that the hearing currently set to occur on January 30, 2013 be rescheduled. Both parties have a scheduling conflict as they have been ordered to appear for a discovery status conference in a multi-defendant case before Judge Beeler at 10:00 am on January 30, 2013. Moreover, defense counsel spoke with United States Pretrial Services Officer Victoria Gibson on Monday, January 28, 2013. Ms. Gibson notified defense counsel that she was previously unaware that Mr. Mills was scheduled to appear before this Court on January 30, 2012 and is unavailable to appear on that date. For the foregoing reasons, the parties request that the hearing be reset for February 14, 2013 at 9:30 a.m.

      IT IS SO ORDERED.

SO STIPULATED:

Date: January 29, 2013            /s/ Suzanne M. Morris    .
                                          Suzanne M. Morris
                                           Counsel for Donald Mills

Date: January 29, 201              /s/ W.S. Wilson Leung    .
                                           W.S. Wilson Leung
                                           Assistant United States Attorney

IT IS SO ORDERED:
 1/29/13                                 HON. KANDIS A. WESTMORE
                                           United States Magistrate Judge